Argued December 4, affirmed December 31, 1974

BARNUM, *Appellant, v.* DEPARTMENT OF
REVENUE, *Respondent.*

530 P2d 28

*William L. Dickson,* Portland, argued the cause for
appellant. With him on the briefs were Pozzi, Wilson
& Atchison, Portland, and Alexander Schneider and
Robert B. Carlson, of Schneider & Moultrie, Portland.

*Walter J. Apley,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
Theodore W. deLooze, Chief Tax Counsel, Salem.

Before O'CONNELL, Chief Justice, and McALLISTER,
HOLMAN, TONGUE, HOWELL, BRYSON and SLOPER,
Justices.

PER CURIAM.

The sole issue in this appeal from the decision of the Oregon Tax Court is whether an adopted child who is the beneficiary of the will of her natural father should be considered as a nonrelative and subject to the inheritance tax rate set forth in ORS 118.100 (3).

The Tax Court held that plaintiff was subject to the collateral tax imposed by ORS 118.100 (3) on nonrelatives. We agree with the decision of the Tax Court and adopt its opinion, 5 OTR 508 (1974). Any changes affecting the inheritance tax rates of persons in plaintiff's position must necessarily come from the legislature.

Affirmed.